**Appeal Dismissed and Memorandum Opinion filed March 26, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00131-CR

## EX PARTE CATHY DENISE FIELDS

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 88107-CR-A**

## MEMORANDUM OPINION

In this appeal, appellant, proceeding pro se, seeks review of the trial court's order signed February 5, 2024 denying her application for writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure.

Article 11.07 of the Texas Code of Criminal Procedure sets out "the procedures for an application for writ of habeas corpus in which the applicant seeks relief from a felony judgment imposing a penalty other than death." Tex. Code Crim. Proc. Ann. art. 11.07 § 1. The statute lays out a review mechanism primarily involving both the Texas Court of Criminal Appeals and the court in which the conviction being challenged was obtained. *Id.* § 3(a)–(b); *see also Maye*

*v. State*, 966 S.W.2d 140, 142 (Tex. App.—Houston [14th Dist.] 1998, no pet.). The statute notes that "[a]fter conviction [its] procedure . . . shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner." Tex. Code Crim. Proc. Ann. art. 11.07 § 5.

This court informed appellant of the jurisdictional problem the statute poses, and she was granted 21 days to demonstrate this court possesses jurisdiction over his appeal. Appellant's response fails to indicate any basis for this court to exercise jurisdiction over this appeal. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).